## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**CARL E. WOODWARD, LLC, and**
**GRAY INSURANCE CO.**                                            **PLAINTIFFS**


**v.**                                            **CAUSE NO. 1:09CV781-HSO-RHW**


**ACCEPTANCE INDEMNITY**
**INSURANCE COMPANY**                                            **DEFENDANT**


## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order [200] entered on January 12, 2011, the Order [248] granting Partial Judgment as a Matter of Law entered on March 23, 2011, the jury verdict returned on March 23, 2011, the Findings of Fact and Conclusions of Law announced on the record on February 23, 2012, and the Memorandum Opinion and Order [378] entered contemporaneously herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiffs Carl E. Woodward, LLC, and Gray Insurance Company shall recover from Defendant Acceptance Indemnity Insurance Company compensatory damages in the amount of $482,026.46, and extra-contractual damages in the amount of $517,118.33, for a total Judgment of $999,144.79.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Plaintiffs Carl E. Woodward, LLC, and Gray Insurance Company shall recover from Defendant Acceptance Indemnity Insurance Company post-judgment interest at the rate of 0.18%

on the entire Judgment from the date of the entry of Final Judgment until paid, as prescribed by 28 U.S.C. § 1961.

**SO ORDERED AND ADJUDGED**, this the 3rd day of May, 2012.

_s/ Halil Suleyman Ozerden_
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE